UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-1155-JWB-JPO |
| | ) |
| 613 WILLOWBROOK DRIVE, | ) |
| PARSONS, KANSAS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER TO UNSEAL AND TO LIFT STAY

The United States of America has applied to the Court for an Order unsealing the complaint and other documents contained in this case, and to lift the current stay of the proceedings (ECF No. 18). Upon consideration of the application, the motion is granted.

IT IS HEREBY ORDERED that this case shall be unsealed and that the stay shall be lifted; and that the United States shall proceed to provide notice of the action and may otherwise continue in its prosecution of the matter.

IT IS SO ORDERED.

Dated April 26, 2018.

  s/ James P. O'Hara
JAMES P. O'HARA
United States Magistrate Judge